# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: USA UNITED BUS EXPRESS, INC. | § | Case No. 111-45873 |
| | § | |
| SHORELINE BUS EXPRESS, INC. | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,988,422.77
*(without deducting any secured claims)*        Assets Exempt: N/A

Total Distribution to Claimants:$0.00        Claims Discharged
Without Payment: N/A

Total Expenses of Administration:$153,988.46

3) Total gross receipts of $ 153,988.46 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $153,988.46 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $815,765.22 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 376,186.24 | 153,988.46 | 153,988.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 98,469.59 | 74,769,480.58 | 381.47 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,912,724.19 | 83,694,273.12 | 112,551.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $12,826,959.00 | $158,839,939.94 | $266,921.79 | $153,988.46 |

4) This case was originally filed under Chapter 7 on July 06, 2011. The case was pending for 95 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2019          By: /s/RICHARD J. McCORD
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE- NYC DOE | 1129-000 | 153,988.46 |
| **TOTAL GROSS RECEIPTS** | | $153,988.46 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Factory Bus Direct | 4210-000 | 46,698.00 | N/A | N/A | 0.00 |
| NOTFILED | Sovereign Bank | 4210-000 | 769,067.22 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $815,765.22 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - OFFICE OF THE UST/EASTERN DIST OF NEW YORK, BROOKLYN | 2950-000 | N/A | 325.00 | 0.00 | 0.00 |
| Other - ANDERSON KILL & OLICK P C | 2990-800 | N/A | 110,936.39 | 0.00 | 0.00 |
| Other - ANDERSON KILL & OLICK P C | 2990-800 | N/A | 110,936.39 | 0.00 | 0.00 |
| Other - EisnerAmper, LLP | 3410-000 | N/A | 153,988.46 | 153,988.46 | 153,988.46 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | $376,186.24 | $153,988.46 | $153,988.46 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 157P | DEPARTMENT OF THE TREASURY - IRS | 5800-000 | N/A | 961,631.83 | 0.00 | 0.00 |
| 1555P | DEPARTMENT OF THE TREASURY - IRS | 5800-000 | N/A | 73,807,469.28 | 0.00 | 0.00 |
| NOTFILED | Midgalia Cruz | 5300-000 | 312.02 | N/A | N/A | 0.00 |
| NOTFILED | Luz Cuevas | 5300-000 | 310.12 | N/A | N/A | 0.00 |
| NOTFILED | Lori D'Agostino | 5300-000 | 436.86 | N/A | N/A | 0.00 |
| NOTFILED | Marcelle Darbouze | 5300-000 | 405.30 | N/A | N/A | 0.00 |
| NOTFILED | Maria De La Cruz | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Marlenys De La Cruz | 5300-000 | 323.12 | N/A | N/A | 0.00 |
| NOTFILED | Andrew De Leon | 5300-000 | 211.51 | N/A | N/A | 0.00 |
| NOTFILED | Yolanda De Los Santos | 5300-000 | 405.73 | N/A | N/A | 0.00 |
| NOTFILED | Elenore Dematteo | 5300-000 | 422.93 | N/A | N/A | 0.00 |
| NOTFILED | Toni Delfino | 5300-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | Monique Desormeau | 5300-000 | 314.72 | N/A | N/A | 0.00 |
| NOTFILED | Aida Diaz | 5300-000 | 343.04 | N/A | N/A | 0.00 |
| NOTFILED | Catalina Diaz | 5300-000 | 355.73 | N/A | N/A | 0.00 |
| NOTFILED | Diomaris Diaz | 5300-000 | 436.55 | N/A | N/A | 0.00 |
| NOTFILED | Lelis Diaz | 5300-000 | 407.14 | N/A | N/A | 0.00 |
| NOTFILED | Michelle Diaz | 5300-000 | 344.03 | N/A | N/A | 0.00 |
| NOTFILED | Teresa Diaz | 5300-000 | 323.12 | N/A | N/A | 0.00 |
| NOTFILED | Ronald Doe | 5300-000 | 310.61 | N/A | N/A | 0.00 |
| NOTFILED | Arelis Domninguez | 5300-000 | 327.88 | N/A | N/A | 0.00 |

| NOTFILED | Catharine Donnat | 5300-000 | 590.33 | N/A | N/A | 0.00 |
|----------|------------------|----------|--------|-----|-----|------|
| NOTFILED | Gladys Dore | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Marie Doriscar | 5300-000 | 397.42 | N/A | N/A | 0.00 |
| NOTFILED | Esther Doronina | 5300-000 | 355.30 | N/A | N/A | 0.00 |
| NOTFILED | Mireille Dorsaint | 5300-000 | 234.72 | N/A | N/A | 0.00 |
| NOTFILED | Yleana Dowell | 5300-000 | 321.57 | N/A | N/A | 0.00 |
| NOTFILED | Christina Duncan | 5300-000 | 335.25 | N/A | N/A | 0.00 |
| NOTFILED | Francisca Duran | 5300-000 | 388.62 | N/A | N/A | 0.00 |
| NOTFILED | Julissa Duran | 5300-000 | 321.58 | N/A | N/A | 0.00 |
| NOTFILED | Marie Dure | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Maureen Echevarria | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Eddie Perez | 5300-000 | 14,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Soraya Edouardo | 5300-000 | 312.90 | N/A | N/A | 0.00 |
| NOTFILED | Carmelita Elmine | 5300-000 | 353.60 | N/A | N/A | 0.00 |
| NOTFILED | Fanny Emeterio | 5300-000 | 392.50 | N/A | N/A | 0.00 |
| NOTFILED | Marlenys Encarnacion | 5300-000 | 405.17 | N/A | N/A | 0.00 |
| NOTFILED | Foxny Ennis | 5300-000 | 359.34 | N/A | N/A | 0.00 |
| NOTFILED | Marie Eril | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Patricia Espaillat | 5300-000 | 275.79 | N/A | N/A | 0.00 |
| NOTFILED | Nancy Espinal | 5300-000 | 407.14 | N/A | N/A | 0.00 |
| NOTFILED | Rosa Espinal | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Susana Espinal | 5300-000 | 397.01 | N/A | N/A | 0.00 |
| NOTFILED | Ana Espinosa | 5300-000 | 405.17 | N/A | N/A | 0.00 |
| NOTFILED | Rachel Espinosa | 5300-000 | 375.12 | N/A | N/A | 0.00 |
| NOTFILED | Jose Estevez | 5300-000 | 411.24 | N/A | N/A | 0.00 |
| NOTFILED | Marie Estimphil | 5300-000 | 309.73 | N/A | N/A | 0.00 |
| NOTFILED | Rosita Estinfil | 5300-000 | 321.60 | N/A | N/A | 0.00 |
| NOTFILED | Gustava Estrella | 5300-000 | 387.84 | N/A | N/A | 0.00 |
| NOTFILED | Maria Estrella | 5300-000 | 405.17 | N/A | N/A | 0.00 |
| NOTFILED | Marie Etienne | 5300-000 | 322.93 | N/A | N/A | 0.00 |
| NOTFILED | Marica Exalus | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Marie Fabre | 5300-000 | 388.43 | N/A | N/A | 0.00 |
| NOTFILED | Paula Familio | 5300-000 | 455.29 | N/A | N/A | 0.00 |
| NOTFILED | Juana Feliciano | 5300-000 | 378.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ana Felix | 5300-000 | 323.82 | N/A | N/A | 0.00 |
| NOTFILED | Marie Ferdinand | 5300-000 | 419.91 | N/A | N/A | 0.00 |
| NOTFILED | Belkis Fernandez | 5300-000 | N/A | 379.47 | 379.47 | 0.00 |
| NOTFILED | Cecilia Fernandez | 5300-000 | 392.50 | N/A | N/A | 0.00 |
| NOTFILED | Dinorah Fernandez | 5300-000 | 417.72 | N/A | N/A | 0.00 |
| NOTFILED | Eduvigis Fernandez | 5300-000 | 427.60 | N/A | N/A | 0.00 |
| NOTFILED | Elena Fernandez | 5300-000 | 556.49 | N/A | N/A | 0.00 |
| NOTFILED | Ingrid Fernandez | 5300-000 | 335.05 | N/A | N/A | 0.00 |
| NOTFILED | Maria Fernandez | 5300-000 | 344.03 | N/A | N/A | 0.00 |
| NOTFILED | Maria L. Fernandez | 5300-000 | 323.13 | N/A | N/A | 0.00 |
| NOTFILED | Marisela Fernandez | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Paulina Fernandez | 5300-000 | 392.50 | N/A | N/A | 0.00 |
| NOTFILED | Ramona Fernandez | 5300-000 | 427.60 | N/A | N/A | 0.00 |
| NOTFILED | Robin Ferrera | 5300-000 | 422.42 | N/A | N/A | 0.00 |
| NOTFILED | Luna Figaro | 5300-000 | 219.45 | N/A | N/A | 0.00 |
| NOTFILED | Magalis Figuereo | 5300-000 | 405.17 | N/A | N/A | 0.00 |
| NOTFILED | Rosina Filpo | 5300-000 | 276.50 | N/A | N/A | 0.00 |
| NOTFILED | Ann Finelli | 5300-000 | 435.64 | N/A | N/A | 0.00 |
| NOTFILED | Olga Firpo | 5300-000 | 377.23 | N/A | N/A | 0.00 |
| NOTFILED | Solange Fleming | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Marie Fleurimond | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Quatisha Flicking | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Tanya Fontanez | 5300-000 | 323.12 | N/A | N/A | 0.00 |
| NOTFILED | Rosalie Forte | 5300-000 | 356.15 | N/A | N/A | 0.00 |
| NOTFILED | Magda Fortune | 5300-000 | 278.72 | N/A | N/A | 0.00 |
| NOTFILED | Jocelyn Frederique | 5300-000 | 406.22 | N/A | N/A | 0.00 |
| NOTFILED | Esperanza Garcia | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Lidia Garcia | 5300-000 | 405.17 | N/A | N/A | 0.00 |
| NOTFILED | Silvia Garcia | 5300-000 | 377.23 | N/A | N/A | 0.00 |
| NOTFILED | Yngris Garcia | 5300-000 | 355.43 | N/A | N/A | 0.00 |
| NOTFILED | Mirlene Gaspard | 5300-000 | 422.43 | N/A | N/A | 0.00 |
| NOTFILED | Adam Gelabert | 5300-000 | 447.67 | N/A | N/A | 0.00 |
| NOTFILED | Sandra Gelzer | 5300-000 | 393.54 | N/A | N/A | 0.00 |
| NOTFILED | Winifred Genovese | 5300-000 | 422.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ines George | 5300-000 | 302.92 | N/A | N/A | 0.00 |
| NOTFILED | Gladys George | 5400-000 | 403.22 | N/A | N/A | 0.00 |
| NOTFILED | Betty Gerbier | 5300-000 | 353.70 | N/A | N/A | 0.00 |
| NOTFILED | Evelyne Germain | 5300-000 | 435.64 | N/A | N/A | 0.00 |
| NOTFILED | Anna Giamportone | 5300-000 | 322.02 | N/A | N/A | 0.00 |
| NOTFILED | Felicia Gibson | 5300-000 | 334.28 | N/A | N/A | 0.00 |
| NOTFILED | Elise Gil | 5300-000 | 353.46 | N/A | N/A | 0.00 |
| NOTFILED | Marie Gilles | 5300-000 | 422.42 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Gonzalez | 5300-000 | 392.50 | N/A | N/A | 0.00 |
| NOTFILED | Maria Gonzalez | 5300-000 | 380.60 | N/A | N/A | 0.00 |
| NOTFILED | Ernestine Gregg | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Joann Gregorio | 5300-000 | 381.23 | N/A | N/A | 0.00 |
| NOTFILED | Nancyann Grippo | 5300-000 | 446.21 | N/A | N/A | 0.00 |
| NOTFILED | Elcida Grullon | 5300-000 | 427.60 | N/A | N/A | 0.00 |
| NOTFILED | Mayra Guillermo | 5300-000 | 376.67 | N/A | N/A | 0.00 |
| NOTFILED | Antonio Guiterrez | 5300-000 | 342.70 | N/A | N/A | 0.00 |
| NOTFILED | Rosita Guiterrez | 5300-000 | 289.15 | N/A | N/A | 0.00 |
| NOTFILED | Maribel Guzman | 5300-000 | 416.70 | N/A | N/A | 0.00 |
| NOTFILED | Pamela Hampton | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Jeanette Harris | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Joyce Harris | 5300-000 | 275.17 | N/A | N/A | 0.00 |
| NOTFILED | Claudia Henriguez-Sanche | 5300-000 | 330.25 | N/A | N/A | 0.00 |
| NOTFILED | Flerida Henriquez | 5300-000 | 253.04 | N/A | N/A | 0.00 |
| NOTFILED | Marie Henry | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Altagracia Hernandez | 5300-000 | 371.66 | N/A | N/A | 0.00 |
| NOTFILED | Gladys Hernandez | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Marcela Hernandez | 5300-000 | 360.96 | N/A | N/A | 0.00 |
| NOTFILED | Maria G. Hernandez | 5300-000 | 327.87 | N/A | N/A | 0.00 |
| NOTFILED | Marisol Hernandez | 5300-000 | 417.70 | N/A | N/A | 0.00 |
| NOTFILED | Mayra E. Hernandez | 5300-000 | 427.60 | N/A | N/A | 0.00 |
| NOTFILED | Natanael Hernandez | 5300-000 | 331.80 | N/A | N/A | 0.00 |
| NOTFILED | Rita Herrera | 5300-000 | 337.20 | N/A | N/A | 0.00 |
| NOTFILED | Frances Hertel | 5300-000 | 382.02 | N/A | N/A | 0.00 |
| NOTFILED | Deon Hibbert | 5300-000 | 368.64 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ana Hidalgo | 5300-000 | 304.14 | N/A | N/A | 0.00 |
| NOTFILED | Gulerine Holder | 5300-000 | 306.15 | N/A | N/A | 0.00 |
| NOTFILED | Milagros Holguin | 5300-000 | 394.44 | N/A | N/A | 0.00 |
| NOTFILED | Almanda Holley | 5300-000 | 353.60 | N/A | N/A | 0.00 |
| NOTFILED | Suk Fong Hon | 5300-000 | 341.94 | N/A | N/A | 0.00 |
| NOTFILED | Xia J. Huang | 5300-000 | 435.52 | N/A | N/A | 0.00 |
| NOTFILED | Doris Hunter | 5300-000 | 360.17 | N/A | N/A | 0.00 |
| NOTFILED | Marie Hyppolite | 5300-000 | 321.58 | N/A | N/A | 0.00 |
| NOTFILED | Giovanna Impagliazzo | 5300-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | Josefa Infante | 5300-000 | 435.64 | N/A | N/A | 0.00 |
| NOTFILED | Estelle Jacobs | 5300-000 | 277.31 | N/A | N/A | 0.00 |
| NOTFILED | Nathalie Jacques | 5300-000 | 381.80 | N/A | N/A | 0.00 |
| NOTFILED | Alrica James | 5300-000 | 359.38 | N/A | N/A | 0.00 |
| NOTFILED | Rose Jean Baptiste | 5300-000 | 396.21 | N/A | N/A | 0.00 |
| NOTFILED | Marlene JEan Louis | 5300-000 | 379.81 | N/A | N/A | 0.00 |
| NOTFILED | Florence Jean -Baptiste | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Harold Jean-Baptiste | 5300-000 | 446.22 | N/A | N/A | 0.00 |
| NOTFILED | Alzire Jean-Jacques | 5300-000 | 337.83 | N/A | N/A | 0.00 |
| NOTFILED | Ervila Jeanty | 5300-000 | 368.52 | N/A | N/A | 0.00 |
| NOTFILED | Denise Jeffries | 5300-000 | 436.58 | N/A | N/A | 0.00 |
| NOTFILED | Jaskarras Jerez | 5300-000 | 376.70 | N/A | N/A | 0.00 |
| NOTFILED | Nicole Jerome | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Altagracia Jimenez | 5300-000 | 328.72 | N/A | N/A | 0.00 |
| NOTFILED | Belgica Jimenez | 5300-000 | 367.94 | N/A | N/A | 0.00 |
| NOTFILED | Isaira A. Johnson | 5300-000 | 427.60 | N/A | N/A | 0.00 |
| NOTFILED | Louisa Johnson | 5300-000 | 434.13 | N/A | N/A | 0.00 |
| NOTFILED | Francette Jolifier | 5300-000 | 362.42 | N/A | N/A | 0.00 |
| NOTFILED | Renee Jones | 5300-000 | 433.68 | N/A | N/A | 0.00 |
| NOTFILED | Marie C. Joseph | 5300-000 | 421.22 | N/A | N/A | 0.00 |
| NOTFILED | Marie D. Joseph | 5300-000 | 492.87 | N/A | N/A | 0.00 |
| NOTFILED | Tachira Joseph | 5300-000 | 340.44 | N/A | N/A | 0.00 |
| NOTFILED | Lisabeth Josma | 5300-000 | 478.00 | N/A | N/A | 0.00 |
| NOTFILED | Marie G. Juilien | 5300-000 | 350.02 | N/A | N/A | 0.00 |
| NOTFILED | Ming Kin Ng | 5300-000 | 427.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Maureen Ladson | 5300-000 | 273.78 | N/A | N/A | 0.00 |
| NOTFILED | Claircine Laflotte | 5300-000 | 434.13 | N/A | N/A | 0.00 |
| NOTFILED | Eva Laflotte | 5300-000 | 399.21 | N/A | N/A | 0.00 |
| NOTFILED | Renee Laflotte | 5300-000 | 377.01 | N/A | N/A | 0.00 |
| NOTFILED | Gabrielle Lambert | 5300-000 | 327.60 | N/A | N/A | 0.00 |
| NOTFILED | Veronica Langston | 5300-000 | 217.64 | N/A | N/A | 0.00 |
| NOTFILED | Marie Lattanzi | 5300-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | Yim Lau Yu | 5300-000 | 169.76 | N/A | N/A | 0.00 |
| NOTFILED | Frantz Lavilette | 5300-000 | 192.50 | N/A | N/A | 0.00 |
| NOTFILED | Evelisa Leclerc | 5300-000 | 435.13 | N/A | N/A | 0.00 |
| NOTFILED | Victoria Ledesma | 5300-000 | 352.71 | N/A | N/A | 0.00 |
| NOTFILED | Yuk Foon Lee | 5300-000 | 387.84 | N/A | N/A | 0.00 |
| NOTFILED | Tonya Leidinger | 5300-000 | 359.73 | N/A | N/A | 0.00 |
| NOTFILED | Laura Leinsenring | 5300-000 | 402.94 | N/A | N/A | 0.00 |
| NOTFILED | Chun Li | 5300-000 | 431.55 | N/A | N/A | 0.00 |
| NOTFILED | Hai Hua Li | 5300-000 | 342.56 | N/A | N/A | 0.00 |
| NOTFILED | Jian Fen Lin | 5300-000 | 431.55 | N/A | N/A | 0.00 |
| NOTFILED | Lydia Lopez | 5300-000 | 435.63 | N/A | N/A | 0.00 |
| NOTFILED | Percefones Lopez | 5300-000 | 418.44 | N/A | N/A | 0.00 |
| NOTFILED | Kettlie Louis | 5300-000 | 435.63 | N/A | N/A | 0.00 |
| NOTFILED | Marie Blanc Louis | 5300-000 | 360.69 | N/A | N/A | 0.00 |
| NOTFILED | Richi Louis | 5300-000 | 436.21 | N/A | N/A | 0.00 |
| NOTFILED | Williams Louis | 5300-000 | 395.30 | N/A | N/A | 0.00 |
| NOTFILED | Jeanette Loveras | 5300-000 | 328.71 | N/A | N/A | 0.00 |
| NOTFILED | Luz Lugo | 5300-000 | 382.33 | N/A | N/A | 0.00 |
| NOTFILED | Maria Lugo | 5300-000 | 400.02 | N/A | N/A | 0.00 |
| NOTFILED | Orfelina Luna | 5300-000 | 362.56 | N/A | N/A | 0.00 |
| NOTFILED | Lucy Mangual | 5300-000 | 422.43 | N/A | N/A | 0.00 |
| NOTFILED | Yveline Marcelin | 5300-000 | 415.30 | N/A | N/A | 0.00 |
| NOTFILED | Linda Mark | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Joy Marsala | 5300-000 | 433.43 | N/A | N/A | 0.00 |
| NOTFILED | Mariana Marte | 5300-000 | 335.65 | N/A | N/A | 0.00 |
| NOTFILED | Devany Martin | 5300-000 | 537.00 | N/A | N/A | 0.00 |
| NOTFILED | Anyi Martinez | 5300-000 | 381.23 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Ismelda Martinez | 5300-000 | 231.49 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Iveliza Matias | 5300-000 | 405.73 | N/A | N/A | 0.00 |
| NOTFILED | Themla Matias | 5300-000 | 372.84 | N/A | N/A | 0.00 |
| NOTFILED | Marie Mazard-Baudry | 5300-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | Michele McDermott | 5300-000 | 435.63 | N/A | N/A | 0.00 |
| NOTFILED | Kathleen McManahan | 5300-000 | 397.93 | N/A | N/A | 0.00 |
| NOTFILED | Jie Mei | 5300-000 | 423.80 | N/A | N/A | 0.00 |
| NOTFILED | Rosemary Melascaglia | 5300-000 | 446.78 | N/A | N/A | 0.00 |
| NOTFILED | Jeanne Menard | 5300-000 | 344.82 | N/A | 2.00 | 0.00 |
| NOTFILED | Maria Merchan | 5300-000 | 407.94 | N/A | N/A | 0.00 |
| NOTFILED | Marie Chantal Merlan | 5300-000 | 407.94 | N/A | N/A | 0.00 |
| NOTFILED | Odette Messina | 5300-000 | 407.92 | N/A | N/A | 0.00 |
| NOTFILED | Alice Michel | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Andrena Michel | 5300-000 | 379.46 | N/A | N/A | 0.00 |
| NOTFILED | Denise Michel | 5300-000 | 397.02 | N/A | N/A | 0.00 |
| NOTFILED | Cynthia Middleton | 5300-000 | 306.59 | N/A | N/A | 0.00 |
| NOTFILED | Donna Milazzo | 5300-000 | 455.92 | N/A | N/A | 0.00 |
| NOTFILED | Catherine Minieri | 5300-000 | 409.73 | N/A | N/A | 0.00 |
| NOTFILED | Yuiliana Miranda | 5300-000 | 335.06 | N/A | N/A | 0.00 |
| NOTFILED | Lastenia Mitchell-Luna | 5300-000 | 300.26 | N/A | N/A | 0.00 |
| NOTFILED | Aicha Fufano Mohammad | 5300-000 | 325.21 | N/A | N/A | 0.00 |
| NOTFILED | Laurette Moise | 5300-000 | 398.43 | N/A | N/A | 0.00 |
| NOTFILED | Dorah Molina | 5300-000 | 408.98 | N/A | N/A | 0.00 |
| NOTFILED | Llisel Molina | 5300-000 | 360.12 | N/A | N/A | 0.00 |
| NOTFILED | Anaydudi Moncion | 5300-000 | 418.43 | N/A | N/A | 0.00 |
| NOTFILED | Lumene Monplasir | 5300-000 | 533.29 | N/A | N/A | 0.00 |
| NOTFILED | Carmen Montano | 5300-000 | 397.01 | N/A | N/A | 0.00 |
| NOTFILED | Alexandra Montero | 5300-000 | 380.47 | N/A | N/A | 0.00 |
| NOTFILED | Anaris Mora | 5300-000 | 409.72 | N/A | N/A | 0.00 |
| NOTFILED | Olga Mora | 5300-000 | 286.42 | N/A | N/A | 0.00 |
| NOTFILED | Juan R. Morales | 5300-000 | 317.64 | N/A | N/A | 0.00 |
| NOTFILED | Dilenia Morillo | 5300-000 | 353.71 | N/A | N/A | 0.00 |
| NOTFILED | Rosa Muslina | 5300-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | Energe Nelson | 5300-000 | 422.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fung Chun Ng | 5300-000 | 379.47 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $98,469.59 | $74,769,480.58 | $381.47 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 136 | MARIA HOLGUIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 137 | ROSA FERNANDEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 138 | ROBERT J VIGNAPIANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 139 | LUZ DEJESUS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 141 | SASCHANA CLERVIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 142 | BODEUSE PIERRE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 143 | TEODORO ESTEVEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 144 | HYPPOLITE SAINRILUS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 145 | ADA TORRES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 146 | ALEXANDRA GUADALUPE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 147 | ALTAGRACIA LOPEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 148 | Joseph Saint Vil | 7100-000 | N/A | 679.70 | 0.00 | 0.00 |
| 148 | JOSEPH SAINT VIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 149 | Jean Kenscoff | 7100-000 | N/A | 1,209.70 | 0.00 | 0.00 |
| 149 | JEAN KENSCOFF | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 150 | Robert Prignoli | 7100-000 | 20,920.00 | 77,250.00 | 0.00 | 0.00 |
| 150 | ROBERT PRIGNOLI | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 151 | LOCAL 1181-1061, AMALGAMATED TRANSIT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 152 | DIVISION 11B1 ATU-NEW YORK WELFARE FUND | 7100-000 | 140,073.57 | N/A | N/A | 0.00 |
| 153 | DIVISION 1181 ATU-NEW YORK EMPLOYEES PENSION FUND | 7100-000 | 140,073.57 | N/A | N/A | 0.00 |
| 154 | STEPHEN REGINA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 155 | Lydia Fuster | 7100-000 | N/A | 987.22 | 0.00 | 0.00 |
| 155 | LYDIA FUSTER | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 156 | CITY OF NEW YORK | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 157U | DEPARTMENT OF THE TREASURY - IRS | 7100-000 | N/A | 2,097,324.21 | 0.00 | 0.00 |
| 158 | LYSAGIT FLEURIMOND | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 633 | JOSE MARTINEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 659 | MARIA E FERNADEZ | 7100-000 | 294.03 | N/A | N/A | 0.00 |
| 670 | PAULA CASTILLO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 711 | PATRICIA HERNANDEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 718 | MARIA GUZMAIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 729 | KASOWITZ BENSON TORRES & FRIEDMAN LLP | 7100-000 | N/A | 42,505.75 | 0.00 | 0.00 |
| 736 | ROSA FERNANDEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 765 | CLARA AQUINO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 830 | LOPEZ, ALTAGRACIA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 891 | CLARA MARCANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 933 | MARCANO, CLARA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 939 | GUADALUPE, ALEXANDRA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 946 | HOIKEEN YIP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 999 | YVROSE ALEXANDRE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1001 | MARIA GUZMAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1046 | HOLGUIN, MARIA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1080 | AYELINA PABON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1094 | SANCHEZ, VITELLO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1156 | ENEL EDOUARD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1180 | TYPHONE CHISOLM | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1181 | TYPHONE CHISOLM | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1214 | MARIA DORVILLE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1249 | NUNEZ, MANUEL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1279 | RICHARD SANTINO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1299 | LYDIA FUSTER | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1300 | FUSTER, LYDIA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1324 | BODEUSE PIERRE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1380 | ANTHONY J CINCOTTA PC | 7100-000 | 350,000.00 | 112,551.86 | 112,551.86 | 0.00 |
| 1418 | COMERICA BANK | 7100-000 | 10,901,508.26 | 11,190,430.63 | 0.00 | 0.00 |
| 1423 | JOSE MARTINEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1429 | NYC DEPT OF EDUCATION/GEN COUNSEL OFFICE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1448 | US DEPARTMENT OF LABOR EBSA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1532 | SASCHANA CLERVIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1542 | BRUCKNER/VIRGINIA SERVICE STATION INC | 7100-000 | 304,451.00 | 325,843.69 | 0.00 | 0.00 |
| 1555U | DEPARTMENT OF THE TREASURY - IRS | 7100-000 | N/A | 69,845,490.36 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1560 | US DEPARTMENT OF LABOR EBSA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | TCF Equipment | 7100-000 | 55,403.76 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,912,724.19 | $83,694,273.12 | $112,551.86 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 111-45873 | **Trustee:** | (521290) | RICHARD J. McCORD |
| **Case Name:** | USA UNITED BUS EXPRESS, INC. | **Filed (f) or Converted (c):** | 07/29/11 (c) | |
| | | **§341(a) Meeting Date:** | 08/31/11 | |
| **Period Ending:** 06/20/19 | | **Claims Bar Date:** | 02/29/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK ACCOUNTS | 0.00 | Unknown | | 0.00 | FA |
| 2 | INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE- NYC DOE | 5,400,000.00 | Unknown | | 153,988.46 | FA |
| 4 | ACCOUNTS RECEIVABLE- JUNE 2011 SERVICE BILLING | 5,465,826.94 | Unknown | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE- UNION SECURITY DEPOSIT | 1,213,744.19 | Unknown | | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE- ATTACHMENTS OF INC AUDITS | 1,141,516.14 | Unknown | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE- ESCORT H&W BILLING UNBILLED | 1,167,335.50 | Unknown | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES | 10,000,000.00 | 0.00 | | 0.00 | FA |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | Unknown | | 0.00 | FA |
| 10 | OFFICE SUPPLIES | Unknown | Unknown | | 0.00 | FA |
| 10 | **Assets**   Totals (Excluding unknown values) | **$24,388,422.77** | **$0.00** | | **$153,988.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

Ally adversary proceeding ; continue to review claims for objections

This case was filed under Chapter 11 on July 6, 2011 and the case was converted to a Chapter 7 on July 29, 2011. This case is related to 7 related debtors cases which are USA United Holdings, United Fleet, United Tom Tom, USA United Bus Service, USA United Transit, Tom Tom Escorts and Shoreline Transit. The debtors are the owners of hundreds of buses and DOE contracts.

08/04/2011- The Trustee has prepared and filed the Order and Applications to Retain EisnerAmper, LLP, as accountants to the Trustee, Certilman Balin Adler & Hyman as counsel to the Trustee and MYC and Associates as Auctioneer to the Trustee.

10/28/2011- Prior to the case conversion, the Debtor was in the process of conducting a deal with MV Transportation to sell the assets of the Debtor. After several negotiations between the parties, the Motion by Richard J. McCord, Trustee of the Estates of the United Debtors and Northeast Debtors for an Order (i) Approving Sale Procedures, (ii) Approving the Assets Purchase Agreement between the Trustee and MV Transit, Inc., Regarding Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Certain Executory Contracts, Subject to Higher and Better Offer, Pursuant to 11 U.S.C. Sections 105, 363 and 365 was filed. After the objections were addressed, on August 10, 2011 the Order was entered. The Order was modified on August 18, 2011. The Trustee received the sum of $500,000.00 from the sale. The funds from the sale were paid to Comerica Bank. The Trustee entered into a 506(c) Stipulation with Comerica Bank which was "So Ordered". The Trustee has retained professionals pursuant to Court Order. The Trustee and his professionals are currently working on the issue of the

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-45873  
**Case Name:** USA UNITED BUS EXPRESS, INC.

**Period Ending:** 06/20/19

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 07/29/11 (c)  
**§341(a) Meeting Date:** 08/31/11  
**Claims Bar Date:** 02/29/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Department of Education Receivable which is due and owing. On October 28, 2011, the Order Pursuant to Fed. R. Bankr. P. 1015(a) Directing Joint Administration of Chapter 7 Cases was entered.

01/19/2012- On January 18, 2012, the Order Authorizing Payment Pursuant to 11 U.S.C. Section 506(c) was entered whereas the Trustee and his professionals could receive their fees and expenses incurred in connection with the sale from the Comerica Collateral. The fees and expenses were disbursed pursuant to Court Order.

01/25/20/12- On January 24, 2012, the Order Establishing deadline for the filing of proofs of claim was entered with all claims be filed by February 29, 2012. The Claims Agent will be serving this notice upon all creditors and parties in interest. The Trustee and his accountants are still working on the collection of the accounts receivable with the Department of Education. The Trustee has subpoenaed bank statements and due to the volume of accounts held, is awaiting receipt of same.

06/13/2012- The Trustee and his counsel have sent over 120 letters to parties with regard to potential avoidance actions. In addition, after lengthy negotiations between the parties and the Trustee's accountants, the Trustee's counsel prepared and filed the Motion for an Order (i) Fixing the Amount of the "Allowed DOE Receivable" and Directing the New York City Department of Education to Pay Said Amount to the Trustee; (ii) Fixing the Amount of, and Authorizing the Trustee to Pay, the Allowed Claim of Almalgamated Transit Union Local 1181-1061, AFL-CIO; and (iii) Fixing the Allowed Claims of Division 1181 Amalgamated Transit Union New York Welfare Fund, and Authorizing the Trustee to Pay the Undisputed Portion of the Funds' Claims and to Hold the Disputed Portion Thereof in Escrow Pending Resolution of the District Court Action, which is returnable on July 26, 2012 at 11:00 a.m.

07/19/12- As the parties are still negotiating the settlement of the DOE receivable as well as the payments due and owing to the Funds and the Union, the Motion has been adjourned from July 26, 2012 to August 16, 2012 at 11:00 a.m. The pre-trial conferences in the adversary proceedings have been adjourned as well to this date. In addition, the Trustee has sent an additional 50 letters to parties with regard to the avoidance actions.

08/27/2012- The hearing on the DOE Motion was held on August 16, 2012. As the parties were still working on the terms of the settlement, the Motion was adjourned to August 29, 2012, which has been adjourned further to September 24, 2012 at 10:00 a.m.

08/31/2012- The Trustee and counsel prepared and filed Notice of Motions and Applications in Support for a 2004 examination and production of documents upon Laraine Lia Castellano, William Lia, Thomas Scialpi, William Moran, Scott Reback, Richard Castellano, Don Lia and Brian Golub, the former accountant of the debtors.

11/16/2012- On October 25, 2012, the Stipulation, Agreement and Order Determining Amount of Allowed DOE Receivable and Providing for Releases and Dismissal of Pending Actions was entered. The Trustee has received the funds from the DOE in the total amount of $10,002,822.56, which is comprised of 6 checks made payable to USA United Fleet, Tom Tom Escorts Only, United Tom Tom Transportation, USA United Transit Inc, USA United Bus Express and Northeast Buses. Also entered was the Stipulation and Order by and between Richard J. McCord and Local 1181-1061 to allow the union claim in the amount of $1,766,699.00 of which $551,782.22 is payable to the Union and $288,922.10 is payable to the Transit Federal Credit Union and the remainder is payable to he former employees and the Stipulation and Order by and between Richard J. McCord, Division 1181 Amalgamated Transit Union New York Pension Fund to allow the welfare fund cure claim to be fixed in the amount of $4,795,102.64 and that the allowed pension fund cure claim be fixed and allowed in the amount of $1,313,351.78.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 111-45873 | **Trustee:** (521290)   RICHARD J. McCORD |
| **Case Name:** USA UNITED BUS EXPRESS, INC. | **Filed (f) or Converted (c):** 07/29/11 (c) |
| | **§341(a) Meeting Date:** 08/31/11 |
| **Period Ending:** 06/20/19 | **Claims Bar Date:** 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/02/2013- On December 27, 2012, the Order Authorizing Payment Pursuant to 11 U.S.C. Section 506(c ) of Compensation of the Trustee's Professionals in Connection with the Collection of the DOE Receivable for the Period from December 2, 2011 through October 26, 2012. The fees will be disbursed to the professionals pursuant to this Order. In addition, pursuant to the October 25, 2012 Stipulations that were "So Ordered", payments have made to the Unions, Funds, Union Employees and Comerica Bank, the secured creditor.

01/17/2013- The Trustee and his accountants are continuing to review the debtors books and records with regards to potentially millions of dollars in transfers. The Trustee has currently scheduled 2004 examinations of Brian Golub, the debtors former accountant, Laraine Lia, Richard Castellano and Tom Scialpi, all pursuant to 2004 Orders.

01/10/2014- The Trustee and counsel have commenced over 190 adversary proceedings in the USA United Case.  Most are still in the discovery stages. For those defendants that have not filed an Answer, the Motion for Default Judgments have been submitted. The last pre trial conference on these cases was held on Janaury 9, 2014 and the next scheduled date for the pre-trial conference is February 19, 2014 at 9:00 a.m.

11/21/14- There are several adversary proceedings that are still pending in these cases and the next pre-trial conference is scheduled for December 11, 2014 at 11:00 a.m.

01/14/2015- There are several adversary proceedings that are still pending in this matter. The next pre-trial conferences are scheduled for February 20, 2015 at 11:00 a.m.

01/11/2016- There are approximately 6 adversary proceedings remaining in this case. The next pre-trial conferences are scheduled for February 11, 2016 at 11:30 a.m. This case remains open pending the outcome of the adversary proceedings in the main case of USA United Fleet.

01/17/2017- The  pre-trial conferences for the remaining  adversary proceedings were held on January 12, 2017 and adjourned to February 23, 2017 at 11:30 a.m. The remaining adversary  proceedings are against Ally Financial and Mercedes Benz.  Additionally, the 9th omnibus objection to claims has been  adjourned to this date, as well as the Trustee's Motion to have  the tax liens released.

05/31/18- The Trustee has prepared and filed the Trustee's Final Report with the Office of the United States Trustee.

08/03/2018- The Trustee's Final Report has been approved. The final hearing is scheduled for September 6, 2018 at 9:30 a.m.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | August 1, 2013 | **Current Projected Date Of Final Report (TFR):** | May 31, 2018  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 111-45873 |
| **Case Name:** | USA UNITED BUS EXPRESS, INC. |
| **Taxpayer ID #:** | **-***2102 |
| **Period Ending:** | 06/20/19 |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******87- - Checking Account |
| **Blanket Bond:** | $69,289,805.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/12 | {3} | The City of New York | Payment of DOE Receiveable pursuant to Stipulation, Agreement and Order Determining Amount of Allowed DOE Receivable and Providing for Releases and Dismissal of Pending Actions, "So Ordered" on October 25, 2012 | 1129-000 | 153,988.46 | | 153,988.46 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052129088 20121220 | 9999-000 | | 153,988.46 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **153,988.46** | **153,988.46** | **$0.00** |
| Less: Bank Transfers | 0.00 | 153,988.46 | |
| **Subtotal** | **153,988.46** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$153,988.46** | **$0.00** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 111-45873 | |
| **Case Name:** | USA UNITED BUS EXPRESS, INC. | |
| **Taxpayer ID #:** | **-***2102 | |
| **Period Ending:** | 06/20/19 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9966 - Checking Account |
| **Blanket Bond:** | $69,289,805.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 153,988.46 | | 153,988.46 |
| 01/02/13 | 10101 | EisnerAmper, LLP | Payment of Fees and Expenses to Accountants for the Chapter 7 Trustee Pursuant to Court Order dated December 27, 2012 | 3410-000 | | 153,988.46 | 0.00 |

| | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 153,988.46 | 153,988.46 | $0.00 |
| Less: Bank Transfers | 153,988.46 | 0.00 | |
| **Subtotal** | 0.00 | 153,988.46 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $153,988.46 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******87-** | 153,988.46 | 0.00 | 0.00 |
| **Checking # ******9966** | 0.00 | 153,988.46 | 0.00 |
| | $153,988.46 | $153,988.46 | $0.00 |